IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

YVONNE WESTERFIELD,

           Plaintiff,

    v.

STATE FARM FIRE AND CASUALTY
COMPANY,

           Defendant.
_____

Civ. No. 6:13-cv-00678-MC

JUDGMENT

MCSHANE, Judge:

      Based on the stipulated dismissal (ECF No. 18), this action is dismissed with prejudice
and without fees or costs.

      IT IS SO ORDERED.

      DATED this 13th day of May, 2014.


                _____/s/ Michael J. McShane_____
                    Michael McShane
                    United States District Judge


1 – JUDGMENT